No. 1,931.—COTTER, RESPONDENT, *v.* BUTTE & RUBY VALLEY SMELTING CO., APPELLANT.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

On motion to dismiss appeal.

Decided July 13, 1903.

PER CURIAM.—The motion to dismiss this appeal is sustained and the appeal is accordingly dismissed.

*Mr. James E. Murray,* and *Mr. Robert McBride,* for Appellant.

*Messrs. McHatton & Cotter,* for Respondent.

Rehearing granted November 20, 1903.

---

No. 1,642.—BALLARD ET AL., RESPONDENTS, *v.* PATTEN ET AL., APPELLANTS.

*Appeal from District Court, Granite County; Welling Napton, Judge.*

On motion to dismiss appeal.

Decided July 14, 1903.

PER CURIAM.—The motion to dismiss the appeal herein is sustained and the appeal is accordingly dismissed.

*Messrs. McConnell & McConnell,* and *Mr. W. E. Moore,* for Appellants.

*Mr. D. M. Durfee,* for Respondents.